ATLANTIC REFINING COMPANY, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order of the County Court of Nassau

county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.